# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERESA SMITH | * | |
| Plaintiff | * | |
| -vs- | * | CIVIL ACTION NO. S-02-CV-4160 |
| JDS UNIPHASE, et al | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of the Plaintiff's Answers to Interrogatories, propounded by **Quan Chau Phan**, Defendant, along with a copy of this Notice, was e-mailed and mailed, postage prepaid, to Jeffrey R. Schmieler, Esq., Alan B. Neurick, Esq., Saunders & Schmieler, P.C., 8737 Colesville Road, Suite L-200, Silver Spring, Maryland 20910, counsel for Defendant, Quan Chau Phan.

_____
MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERESA SMITH | * | |
| Plaintiff | * | |
| -vs- | * | CIVIL ACTION NO. S-02-CV-4160 |
| JDS UNIPHASE, et al | * | |
| Defendants | * | |
| | * | |

\* * * * * * * * * * * * *

### NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of the Plaintiff's Answers to Interrogatories propounded by JDS Uniphase, Defendant, along with a copy of this Notice, were e-mailed and mailed, postage prepaid, to Jeffrey R. Schmieler, Esq., Alan B. Neurick, Esq., Saunders & Schmieler, P.C., 8737 Colesville Road, Suite L-200, Silver Spring, Maryland 20910, counsel for Defendant, Quan Chau Phan.

_____
MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERESA SMITH | * | |
| Plaintiff | * | |
| -vs- | * | CIVIL ACTION NO. S-02-CV-4160 |
| JDS UNIPHASE, et al | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on this 4th day of April 2003, a copy of the Plaintiff's Responses to Request for Production of Documents from the Defendant, Quan Chau Phan, along with a copy of this Notice, was e-mailed and mailed, postage prepaid, to Jeffrey R. Schmieler, Esq., Alan B. Neurick, Esq., Saunders & Schmieler, P.C., 8737 Colesville Road, Suite L-200, Silver Spring, Maryland 20910, counsel for Defendant, Quan Chau Phan.

_____
MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144

F:\USERS\Elaine\Smith, Teresa\NtcsDiscv.wpd