May 12, 2003


The Honorable William D. Quarles, Jr.
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

        Re:  <u>Smith v. Phan, et al.</u>
             Civil Action No.:  WDQ 02-4160
             Our File No:       CH001-570

Dear Judge Quarles:

    On behalf of the parties and pursuant to the Court's Scheduling Order requiring that a status report be filed in chambers by May 16, 2003, I am writing to advise the Court that the above-referenced matter has settled and that the parties are finalizing the settlement including the preparation of a Dismissal Pleading to be filed with Court.

    I trust this letter complies with the Court's Scheduling Order.  The parties thank you for your attention to this matter.


                                                Very Truly Yours,


                                                Alan B. Neurick


cc:  Mark E. Herman, Esq.

Room 4415