**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TERESA SMITH** | * | |
| Plaintiff | * | |
| v. | * | **Civil Action No. WDQ-02-CV-4160**<br>**Judge William D. Quarles, Jr.** |
| | * | |
| **JDS UNIPHASE, et al.** | | |
| | * | |
| Defendants | * | |
| | * | |

**STIPULATION OF DISMISSAL**

It is stipulated and agreed by and between the parties that the above-captioned action shall be dismissed with prejudice as to all claims against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

_____  _____

Mark Herman, Esquire  
Joel L. Levin Esquire  
14 West Madison Street  
Baltimore, Maryland 21201  
410-837-2144  
Fax:  410-246-1882  
**Attorneys for the Plaintiffs**

Jeffrey R. Schmieler #02884  
Alan B. Neurick  #14607  
Saunders & Schmieler, P.C.  
8737 Colesville Road  
Suite L-200  
Silver Spring, MD  20910  
301-588-7717  
Fax:  301-588-5073  
**Attorneys for the Defendants**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal was mailed, postage prepaid, this *19th* day of *May, 2003*, to:

Joel L. Levin Esquire
Mark Herman, Esquire
14 West Madison Street
Baltimore, Maryland 21201

**ALAN B. NEURICK**